# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151078 (3)

KEVIN SCOTT VARNER,

     Plaintiff,

v

                             SC: 151078
                             AGC: 1883-14

ATTORNEY GRIEVANCE COMMISSION,

     Defendant.

_____

     On order of the Court, the motion to waive fees is considered and it is DENIED because MCL 600.2963 requires that a prisoner pursuing a civil action be liable for filing fees. Plaintiff is not required to pay an initial partial fee. However, for a complaint to be filed, plaintiff must resubmit a copy of this order, **and shall refile the copy of the pleadings which is being returned with this order** within 21 days. By doing this, plaintiff becomes responsible for paying the $375.00 filing fee. Failure to comply with this order shall result in the complaint not being filed in this Court.

     If plaintiff timely refiles the pleadings, monthly payments shall be made to the Department of Corrections in an amount of 50 percent of the deposits made to plaintiff's account until the payments equal the total amount of the filing fee stated above. That amount shall then be remitted to this Court.

     Pursuant to MCL 600.2963(8) plaintiff shall not file further appeals in this Court until the entry fee in this case is paid in full.

     The Clerk of the Court shall furnish two copies of this order to plaintiff and return plaintiff's pleadings with this order.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2015



jam                                   Clerk